**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS HERNANDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>N. MCDOWELL, Warden,<br><br>        Respondent. | Case No. CV 19-7151 DSF (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 10/22/2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE