**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS HERNANDEZ,<br><br>        Petitioner,<br><br>  v.<br><br>N. MCDOWELL, Warden,<br><br>        Respondent. | Case No. CV 19-7151 DSF (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:10/22/2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE